# UNITED STATES NAVY–MARINE CORPS
# COURT OF CRIMINAL APPEALS

———————————

### No. 201800174

———————————

## UNITED STATES OF AMERICA
*Appellee*

v.

## Michael D. CARDONA
Staff Sergeant (E-6), U.S. Marine Corps
*Appellant*

———————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Major John L. Ferriter, USMC.
For Appellant:  Lieutenant Gregory Hargis, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————

Decided 13 September 2018

———————————

Before FULTON, CRISFIELD, and RUSSELL, *Appellate Military Judges*

———————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

FOR THE COURT

RODGER A. DREW, JR.
Clerk of Court